UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TROYRON GLADNEY,

    Plaintiff,

v.

            Case No. 1:22-cv-467

            HONORABLE PAUL L. MALONEY

JEFFREY GETTINGS, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Defendant initiated this lawsuit by filing his complaint on May 25, 2022. Defendant Jeffrey Getting (named as "Gettings") filed a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 25, 2023, recommending that this Court grant the motion and dismiss the complaint. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 13) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the motion to dismiss (ECF No. 8) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated:  February 24, 2023                                         /s/  Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  United States District Judge

2