UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TROYRON GLADNEY,

    Plaintiff,

v.

    Case No. 1:22-cv-467

JEFFREY GETTINGS, et al.,

    HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: February 24, 2023

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge